**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
INFINITE COMPUTER SOLUTIONS, INC ,

        Plaintiff(s),                                  15 CV 10076(CS)

   -against-                                      AFFIDAVIT OF SERVICE

IYOGI, INC.,

        Defendant,
---------------------------------------------X
STATE OF NEW YORK   )
                                S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action

        That on the 8TH day of January, 2016, at approximately the time of 11:00A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR BREACH OF CONTRACT AND RULE 7.1 STATEMENT upon IYOGI, INC., in this action, by delivering to and leaving with NANCY DOUGHERTY an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        NANCY DOUGHERTY is a white female, approximately 60 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with brown hair.

_____
DEBORAH LaPOINTE

Sworn to before me this
8TH day of January, 2016

_____
NOTARY PUBLIC

FRANK J. PANUCCI
NOTARY PUBLIC, STATE OF NEW YORK
COUNTY OF ALBANY
# 4721156
COMMISSION EXPIRES JULY 31, 20 18

DLS Inc.
100 State Street
Ste 720
Albany, NY 12207
518-449-8411
www.dlsnational.com

State of New York - Department of State
Receipt for Service

Receipt #:  201601080189                          Cash #: 201601080129
Date of Service: 01/08/2016                       Fee Paid: $40 - DRAWDOWN
Service Company:  10 D.L.S. INC. - 10

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  IYOGI, INC.


Plaintiff/Petitioner:
         INFINITE COMPUTER SOLUTIONS, INC.



Service of Process Address:
IYOGI, INC.
291 BROADWAY STE. 305
NEW YORK,  NY 10007

                                                  Secretary of State
                                                  By   NANCY DOUGHERTY

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Infinite Computer Solutions, Inc.<br><br>*Plaintiff*<br><br>v.<br>iYogi, Inc.<br><br>*Defendant* | Civil Action No. **15cv10076 (CS)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  iYogi, Inc.
291 Broadway, Suite 803
New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Katherine A. Skeele
31 West 52nd Street
New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/28/2015

/S/ V. FRROKAJ
*Signature of Clerk or Deputy Clerk*



Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*                                              .

☐ I personally served the summons on the individual at *(place)*
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0 00

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                                                *Server's signature*

                                                            _____
                                                                *Printed name and title*


                                                            _____
                                                                *Server's address*

Additional information regarding attempted service, etc.